1
2
3
4
5
6
7
8
9    UNITED STATES DISTRICT COURT
10   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARAN POLAT, Individually and On Behalf of All Others Similarly Situated, | No. 3:17-cv-00182-BTM-RBB |
| Plaintiff, | **ORDER GRANTING MOTION OF MARK APPEL AND MICHAEL SPITTERS FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFFS, AND APPROVAL OF SELECTION OF COUNSEL** |
| v. | |
| REGULUS THERAPEUTICS INC., PAUL C. GRINT, and JOSEPH P. HAGAN, | |
| Defendants. | |
| LI JIN, Individually and On Behalf of All Others Similarly Situated, | No. 3:17-cv-00267- BTM-RBB |
| Plaintiff, | |
| v. | |
| REGULUS THERAPEUTICS INC., JOSEPH P. HAGAN, PAUL C. GRINT, and TIMOTHY WRIGHT, | |
| Defendants. | |

Having considered the papers filed in support of the Motion of class members Mark Appel and Michael Spitters ("Movants") for Consolidation of the Actions, Appointment as Lead Plaintiffs, and Approval of Selection of Counsel pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), and for good cause shown, the Court hereby ORDERS as follows:

## I.   CONSOLIDATION OF RELATED ACTIONS

1.   The above-captioned securities fraud class actions (the "Actions") pending in this Judicial District are hereby consolidated for all purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. Any actions that have been filed, or may be filed, which are related and which may be considered herewith, are consolidated with the *Polat* case under Case No. 3:17-cv-00182-BTM-RBB (the "Consolidated Action").

2.   A Master File is hereby established for the consolidated proceedings in the Consolidated Action. The docket number for the Master File shall be Master File No. 3:17-cv-00182-BTM-RBB. The original of this Order shall be filed by the Clerk in the Master File. The Clerk shall mail a copy of this Order to counsel of record in each of the above-captioned actions.

3.   Every pleading filed in the Consolidated Action shall bear the following caption:

| IN RE REGULUS THERAPEUTICS INC. SECURITIES LITIGATION | Master File No. 3:17-cv-00182-BTM-RBB |
|---|---|

## II.   APPOINTMENT OF LEAD PLAINTIFF AND COUNSEL

4.   Movants have moved this Court to be appointed as Co-Lead Plaintiffs in the Actions and to approve the counsel they retained to be Lead Counsel.

5.     Having considered the provisions of Section 21D(a)(3)(B) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B), the Court hereby determines that Movants are the most adequate plaintiffs and satisfy the requirements of the PSLRA.  The Court hereby appoints Movants as Co-Lead Plaintiffs to represent the interests of the class.

6.     Pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B)(v), Movants have selected and retained the law firm of Levi & Korsinsky LLP to serve as Lead Counsel.  The Court approves Movants' selection of Lead Counsel.

7.     Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Lead Counsel shall designate:

a.     to coordinate the briefing and argument of any and all motions;

b.     to coordinate the conduct of any and all discovery proceedings;

c.     to coordinate the examination of any and all witnesses in depositions;

d.     to coordinate the selection of counsel to act as spokesperson at all pretrial conferences;

e.     to call meetings of the plaintiffs' counsel as he deems necessary and appropriate from time to time;

f.     to coordinate all settlement negotiations with counsel for defendants;

g.     to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and to delegate work responsibilities to selected counsel as may be required;

h.     to coordinate the preparation and filings of all pleadings; and

i. to supervise all other matters concerning the prosecution or resolution of the claims asserted in the Consolidated Action.

8. No motion, discovery request, or other pretrial proceedings shall be initiated or filed by any plaintiffs without first consulting with the Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs.

9. Service upon any plaintiff of all pleadings, motions, or other papers in the Consolidated Action, except those specifically addressed to a plaintiff other than Co-Lead Plaintiffs, shall be completed upon service of Lead Counsel.

10. Lead Counsel shall be the contact between plaintiff's counsel and defendants' counsel, as well as the spokespersons for all plaintiff's counsel, and shall direct and coordinate the activities of plaintiff's counsel. Lead Counsel shall be the contact between the Court and plaintiff and its counsel.

## III. NEWLY FILED OR TRANSFERRED ACTIONS

11. When a case that arises out of the subject matter of this action is hereinafter filed in this Court or transferred from another Court, the Clerk of this Court shall:

    a. file a copy of this Order in the separate file for such action;

    b. mail a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly filed or transferred case; and

    c. make the appropriate entry on the docket for this action.

12. Each new case that arises out of the subject matter of the action that is filed in this Court or transferred to this Court shall be consolidated with the Consolidated Action and this Order shall apply thereto, unless a party objecting to this Order or any provision of this Order shall, within ten (10) days after the date

//

ORDER GRANTING MOTION OF MARK APPEL AND MICHAEL SPITTERS FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFFS, AND APPROVAL OF SELECTION OF COUNSEL
Case Nos. 3:17-cv-00182-BTM-RBB and 3:17-cv-00267-BTM-RBB

4

upon which a copy of this Order is served on counsel for such party, file an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

13. During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody or control, including computer-generated and stored information and materials such as computerized data and electronic mail, containing information that is relevant to or which may lead to the discovery of information relevant to the subject matter of the pending litigation.

## IV. CONCLUSION

For the reasons discussed above, Movants' motion is **GRANTED**. (ECF No. 10.) Pending before the Court is also Joseph Buscema's, Sheng Wang's, and Liying Donchez's (collectively the "Regulus Investor Group") competing motion for consolidation, appointment as lead plaintiff, and approval of counsel. (ECF No. 11.) Because the Regulus Investor Group has effectively withdrawn its own motion for lead plaintiff and approval of counsel, the Court **DENIES** it as moot.

**IT IS SO ORDERED.**

DATED: October 26, 2017

_____
HONORABLE BARRY TED MOSKOWITZ
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING MOTION OF MARK APPEL AND MICHAEL SPITTERS FOR
CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFFS, AND
APPROVAL OF SELECTION OF COUNSEL
Case Nos. 3:17-cv-00182-BTM-RBB and 3:17-cv-00267-BTM-RBB