**LEVI & KORSINSKY, LLP**
Adam C. McCall (SBN 302130)
Adam M. Apton (SBN 316506)
Email: amccall@zlk.com
aapton@zlk.com
445 South Figueroa St., 31st Floor
Los Angeles, CA 90071
Tel: 213/985-7290
Fax: 202/333-2121

*Lead Counsel and Attorneys for Lead Plaintiffs Mark Appel and Michael Spitters*

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE REGULUS THERAPEUTICS INC. SECURITIES LIGITATION | Case No. 3:17-cv-00182-BTM-RBB<br><br>**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION OF PLAINTIFFS FOR AN ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND DIRECTING DISSEMINATION OF NOTICE TO THE CLASS**<br><br>**Date: January 24, 2020**<br>**Time: 11:00 a.m.**<br>**Room: Courtroom 15B, 15th Floor**<br>**Judge: Hon. Barry Ted Moskowitz**<br><br>**UNLESS REQUESTED BY THE COURT NO ORAL ARGUMENT WILL BE HELD** |

**PLEASE TAKE NOTICE** that Lead Plaintiffs Mark Appel and Michael Spitters (collectively, "Plaintiffs") on behalf of themselves and each of the Settlement Class members, by their counsel, hereby move this Court pursuant to Federal Rule of Civil Procedure 23(e) for an order: (1) granting preliminary approval of the Stipulation and Agreement of Settlement (together with its exhibits, the "Settlement" or "Stipulation") (filed herewith); (2) granting provisional certification of the Settlement Class for the purposes of the Settlement; and (3) directing dissemination of notice to the Settlement Class. The Motion is set for hearing at 11:00 a.m. on January 24, 2020, in the courtroom of the Honorable Barry Ted Moskowitz, United States District Court, Southern District of California, 333 West Broadway San Diego, CA 92101.

**PLEASE TAKE FURTHER NOTICE** that Defendants have reviewed this Notice of Motion, Motion, and the accompanying Memorandum of Points and Authorities in Support thereof and have represented that they do not intend to oppose this Motion.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities in Support thereof; the Stipulation and the exhibits filed therewith (Exhibit 1[1]); the Declaration of Adam C. McCall (Exhibit 2); the Declaration of Richard W. Simmons on behalf of Analytics Consulting, LLC ("Analytics") (Exhibit 3); all other pleadings and papers filed in this action; and such other matters as may be presented to the Court before or at the time of the hearing.

---

[1] The Stipulation contains the following exhibits: Proposed Preliminary Approval Order (Exhibit A); Notice (Exhibit A-1); Proof of Claim (Exhibit A-2); Summary Notice (Exhibit A-3); Proposed Final Approval Order and Judgment (Exhibit B); and Consent to Magistrate Judge (Exhibit C). The Stipulation is being filed as an exhibit to this Motion pursuant to Civil Local Rule 7.2(b).

Dated: December 12, 2019

Respectfully submitted,

*s/ Adam C. McCall*

**LEVI & KORSINSKY, LLP**
Adam C. McCall (SBN 302130)
Adam M. Apton (SBN 316506)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Fax: (202) 333-2121
Email: amccall@zlk.com
Email: aapton@zlk.com

-and-

**LEVI & KORSINSKY, LLP**
Nicholas I. Porritt
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 333-2121
Email: nporritt@zlk.com

*Lead Counsel and Attorneys for Lead Plaintiffs Mark Appel and Michael Spitters*